Case Name: MACKLIN, THEODORE III
                 MACKLIN, JANICE R.
Case No:     05-76915

## **CERTIFICATION OF REVIEW**

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: May 14, 2008                   WILLIAM T. NEARY
                                             United States Trustee, Region 11


                                  BY:    */s/ Carole J. Ryczek*
                                              CAROLE J. RYCZEK
                                              Attorney for the U.S. Trustee