UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| MACKLIN, THEODORE III | ) | CASE NO. 05-76915-MLB |
| MACKLIN, JANICE R | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101

    On: Monday, June 9, 2008          Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $3,523.10 |
    | Disbursements | $3.34 |
    | Net Cash Available for Distribution | $3,519.76 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $880.78 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $1,000.00 | $287.26 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.     Claims of general unsecured creditors totaling $83,005.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.6285%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank | $4,052.23 | $65.99 |
| 2 | UMB d/b/a Visa | $9,339.27 | $152.09 |
| 3 | eCAST Settlement Corporation Assign | $991.07 | $16.14 |
| 4 | American Express Travel Related Svc | $4,335.70 | $70.61 |
| 5 | Roundup Funding, LLC | $2,520.44 | $41.04 |
| 6 | American Express Bank FSB | $30,029.98 | $489.03 |
| 7 | Household Bank (SB), N.A. (Bon Ton) | $229.66 | $3.74 |
| 8 | eCAST Settlement Corporation Successor | $7,016.65 | $114.26 |
| 9 | LVNV Funding LLC Its Successors And | $914.99 | $14.90 |
| 10 | eCAST Settlement Corporation Assign | $12,220.13 | $199.00 |
| 11 | Advanta Bank Corp | $5,930.24 | $96.57 |
| 12 | Helix | $5,425.31 | $88.35 |

8.     Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9.     Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10.     Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12.     Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| Cash on hand | $26.00 |
| Cash on hand | $20.00 |
| Checking Account | $28.00 |
| Household goods and furnishings | $1,450.00 |
| Books, etc. | $200.00 |
| Wearing Apparel | $150.00 |
| Jewelry | $150.00 |
| Sports equipment, etc. | $3,620.00 |
| Tod Macklin Photography | $0.00 |
| ACCOUNTS RECEIVABLE | $23,000.00 |
| 1991 Saab 9000 | $200.00 |
| 1994 Ford 350 truck | $6,500.00 |
| 1975 Ford T-Bird | $100.00 |
| 2000 Chrysler 300M | $0.00 |
| 427 Chevrolet | $400.00 |
| 14' Sea Nymph fishing boat | $400.00 |
| Office equipment | $400.00 |

Dated: May 6, 2008              /s/ Daniel M. Donahue, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2            Date Rcvd: May 16, 2008
Case: 05-76915                Form ID: pdf002             Total Served: 36

The following entities were served by first class mail on May 18, 2008.
db           +Theodore Macklin, III,    Post Office Box 94,    Garden Prairie, IL 61038-0094
jdb          +Janice R. Macklin,    Post Office Box 94,    Garden Prairie, IL 61038-0094
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
11510876     +Advanta Bank Corp,    Bankruptcy,    PO Box 844,    Spring House, PA 19477-0844
10252072      Advanta Bank Corp.,    Post Office Box 30715,    Salt Lake City, UT 84130-0715
10564902     +Amer Express Tra Rel Svcs Co Inc Corp Cd,    % Becket & Lee LLP,    PO Box 3001,
               Malvern, PA 19355-0701
10252073      American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
10551821     +American Express Bank FSB,    % Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
11398722      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
10252075      Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
10252076      Best Buy/HRS USA,    Post Office Box 17298,    Baltimore, MD 21297-1298
10252077      Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
11375562      Chase Bank,    PO BOX 15145,    Wilmington, DE 19850-5145
10252079      Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
10252084      Comp USA,    Retail Services,    Post Office Box 17298,    Baltimore, MD 21297-1298
10252086     +HSBC Bank USA,    Post Office Box 98706,    Las Vegas, NV 89193
10252085     +Helix,    310 S. Racine Ave.,    Chicago, IL 60607-2883
10602990     +Household Bank (SB) NA /Best Buy Co Inc,    % Bass & Associates PC,    3936 E Ft Lowell Rd  Ste 200,
               Tucson, AZ 85712-1083
11441540     +Household Bank (SB), N.A. (Bon Ton),    eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
10252087     +Joyce & Ted Macklin,    10813 Spring Road,    Garden Prairie, IL 61038-9534
10252088      MBNA,    Post Office Box 15026,    Wilmington, DE 19850-5026
10252090      Pay Pay,    c/o Providian Processing Serv.,    Post Office Box 660487,    Dallas, TX 75266-0487
10252091      RBS Card Service,    Post Office Box 42010,    Providence, RI 02940-2010
10252092      UMB Card Services,    Post Office Box 219736,    Kansas, City, MO 64121-9736
11376821     +UMB d/b/a Visa,    c/o UMB Bank,    POB 419734,    Kansas City MO 64141-6734
10252093      Wells Fargo,    Post Office Box 54349,    Los Angels, CA 90054-0349
10628341     +Wells Fargo Bank NA,    BDD-Bankruptcy,    PO Box 53476,    Phoenix, AZ 85072-3476
11370847      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
11475640      eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
               Newark NJ 07193-5480
11469769      eCAST Settlement Corporation successor to,    RBS National Bank,    POB 35480,
               Newark NJ 07193-5480
11369704     +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
The following entities were served by electronic transmission on May 17, 2008.
11475613      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10252089     +E-mail/PDF: bncnotices@nationalcity.com May 17 2008 03:09:10     National City Bank,
               130 S. State Street,    Belvidere, IL 61008-3630
11400122      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com May 17 2008 04:01:47     Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA, 981119221
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10252074*     American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
10252078*     Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
10252080*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
10252081*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
10252082*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
10252083*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
                                                                                               TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: May 16, 2008
Case: 05-76915                Form ID: pdf002          Total Served: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2008**                    **Signature:**    /s/ Joseph Speetjens