UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| THEODORE MACKLIN and | ) | NO. 05-76915 |
| JANICE R. MACKLIN, | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtors. | ) | |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_____                    _____
         DATE                                         TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this ____ day of ____November____, 2008.

WILLIAM T. NEARY
United States Trustee

By: _____
    Christine K. Miller
    Paralegal Specialist

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4428690111
01 01 148 06 M0000 E#        1
Last Statement:   08/29/2008
This Statement:   09/30/2008

ESTATE OF
MACKLIN, THEODORE III, DEBTOR
MACKLIN, JANICE R, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
05-76915
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page     1 of    2

Bankruptcy Case Number: 0576915

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/30/2008 - 09/30/2008 | | Statement Beginning Balance | 3.74 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 1 | Amount of Checks | 3.74 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 1 | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 109 | 3.74 | 09/02 | 8182780621 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 3.74 | 3.74 | 09/30 | .00 | .00 |
| 09/02 | .00 | .00 | | | |

Recycled Paper